Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

CHARLES F. PLAGE, as Administrator of the Estate of MARTHA M. PLAGE, Deceased, Respondent, v. ANNIE P. BUCHANAN et al., Appellants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

FRANK POGGIOLI, Appellant, v. ALICE BRUGGEMAN et al., Respondents.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GRAD, Appellant.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE HURKIN, Appellant.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS SKOLNICK, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FISHKILL SAVINGS INSTITUTE, Respondent, v. THOMAS J. CUNNINGHAM, as Mayor of the City of Beacon, et al., Appellants.—

No opinion. Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.